United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL ORTOLIVO,

            Plaintiff,

    v.

PRECISION DYNAMICS
INTERNATIONAL, LLC, et al.,

            Defendants.

Case No. 22-cv-01812-JSW

**ORDER TO PLAINTIFF TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS CLAIMS AGAINST KEVIN LONG FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 23

       Plaintiff filed this case on February 9, 2022 in the Superior Court of the State of California, Alameda County. Defendant Precision Dynamics International, LLC removed the action on March 22, 2022. To date, there is no indication that Plaintiff has served Kevin Long, who is named as an individual defendant. Plaintiff also has not asked for an extension of time to serve Mr. Long.

       Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the claims against Mr. Long should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41. Plaintiff's response to this Order to Show Cause shall be due by July 12, 2022.

       **IT IS SO ORDERED.**

Dated: June 28, 2022

_____
JEFFREY S. WHITE
United States District Judge