**JML LAW**
A Professional Law Corporation
5855 TOPANGA CANYON BLVD., SUITE 300
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

NICHOLAS W. SARRIS, STATE BAR NO. 242011
TASHA T. SALVERON, STATE BAR NO. 336596

Attorneys for Plaintiff
Daniel Ortolivo

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ORTOLIVO, an individual,<br>　　　　　Plaintiff,<br>　vs.<br>PRECISION DYNAMICS INTERNATIONAL, LLC, an Arizona limited liability company; KEVIN LONG, an individual; and DOES 1 through 25, inclusive,<br>　　　　　Defendants. | Case No. 3:22-cv-01812<br>(Removed from Alameda County Superior Court, Case No. 22CV006656)<br><br>**DECLARATION OF TASHA T. SALVERON ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**<br><br>Response Due By: July 12, 2022<br>Complaint Filed: February 9, 2022 |

///
///
///
///

1
**DECLARATION OF TASHA T. SALVERON RE ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

I, Tasha T. Salveron, the undersigned, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California, and am an associate with JML Law APLC, the attorneys of record for Plaintiff, Daniel Ortolivo, herein. If called as a witness, I could and would testify competently to the matters set forth herein as they are based upon my personal knowledge and belief.

2. On June 28, 2022, this court ordered Plaintiff to show cause why the claims against Defendant Kevin Long should not be dismissed for failure to prosecute and to file a response by July 12, 2022.

3. Plaintiff failed to serve Defendant Kevin Long because Plaintiff reasonably believed that the defense counsel, Haynes and Boone LLP, represented both Defendants — Precision Dynamics International, LLC and Kevin Long. Kevin Long is the President and Chief Operating Officer of Precision Dynamics, LLP and defense counsel's Initial Disclosures indicate that he may be contacted through defense counsel.

4. I sincerely apologize to the Court for the failure to prosecute Kevin Long and for any inconvenience it may have caused.

5. After receiving notice of this court's order to show cause on June 28, 2022, Plaintiff immediately remedied the situation by filing a proposed summons on the same day. The court issued the summons to Defendant Kevin Long the next day on June 29, 2022. Plaintiff then personally served Defendant Kevin Long on July 6, 2022 and filed the Proof of Service on July 11, 2022.

2
**DECLARATION OF TASHA T. SALVERON RE ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

///

///

///

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 11th day of July, 2022 in Woodland Hills, California.

*[Signature: Tasha T. Salveron]*

Tasha T. Salveron

**DECLARATION OF TASHA T. SALVERON RE ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**