UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ORTOLIVO,<br><br>    Plaintiff,<br><br>  v.<br><br>PRECISION DYNAMICS INTERNATIONAL, LLC, et al.,<br><br>    Defendants. | Case No. 22-cv-01812-JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 26, 30 |

The Court has received and considered Plaintiff's response to the Court's Order to Show Cause and discharges that Order without imposing any sanctions.

**IT IS SO ORDERED**.

Dated: July 12, 2022

_____
JEFFREY S. WHITE
United States District Judge